UNITED STATES of America,
Plaintiff–Appellee,

v.

Joel SOCORRO, Defendant–Appellant.

No. 10–13665

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 23, 2011.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Christopher Parente, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Richard Docobo, Attorney at Law, Miami, FL, Joel Socorro, Ray Brook, NY, for Defendant–Appellant.

Before TJOFLAT, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Joel Socorro appeals his conviction on a plea of guilty for carrying a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1).[1] Socorro claims that his conviction is invalid because he was denied his constitutional right to a speedy trial: he was not arraigned until thirteen years following the return of his indictment. Socorro did not move the district court to dismiss his indictment on that speedy trial ground; moreover, his plea of guilty operated as a waiver of all nonjurisdictional defects in the criminal proceeding, including a violation of the right to a speedy trial. *United States v. Yunis,* 723

F.2d 795, 796 (11th Cir.1984). Socorro's conviction is, accordingly, **AFFIRMED.**

---

1. The crime of violence was an attempt to rob a shipment of property in the possession of the United Parcel Service on June 11, 1996, in violation of 18 U.S.C. § 1951(a).